LAZAR COHEN, Respondent, v. NELSON FLOYD & Co., INC., and Others, Appellants.— Motion to extend time to perfect and argue appeal granted, and time extended until twenty days after the entry of a judgment at Special Term upon the report of the referee to compute. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

CHARLES L. DEMARTINI, Respondent, v. PISTELL, DEANS & Co., INC., Appellant.— Motion for reargument and for stay denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JAMES H. ELSON and LOUIS GREENSPAN, Respondents, v. THOMAS HOWLEY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

FIREMAN'S FUND INSURANCE COMPANY, Respondent, v. MICHAEL J. SIMON and Others, Appellants.— Motion to dismiss appeals denied upon condition that appellants perfect the appeal for the March, 1930, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent twenty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

BENJAMIN GOTHELF, Respondent, v. MUNSON STEAMSHIP LINE and LEE & SIMMONS, INC., Appellants.— Motion of appellant Munson Steamship Line for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

BENJAMIN GOTHELF, Respondent, v. MUNSON STEAMSHIP LINE and LEE & SIMMONS, INC., Appellants.— Motion of appellant Lee & Simmons, Inc., for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

BENJAMIN GOTHELF, Respondent, v. MUNSON STEAMSHIP LINE and LEE & SIMMONS, INC., Appellants.— Stay granted for thirty days to enable appellant Lee & Simmons, Inc., to apply to the Court of Appeals for leave to appeal thereto. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ESSIE HOLZER, Appellant, v. PAULINE COHEN, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (DANIEL J. MCPARLAND).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of ELSIE CAMERON to Take Her Distributive Share of the Estate of DUNCAN E. CAMERON, Deceased. MARY MACLEOD MAYER and HENRY CAPLAN, Individually and as Executors, etc., of DUNCAN E. CAMERON, Deceased, Respondents, Appellants; ELSIE CAMERON, Petitioner, Respondent.— Motion to resettle order granted and order resettled by adding thereto the following: " The particular question of fact upon which the reversal is made is